# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trustees of the Chicago Painters and Decorators Pension Fund, et al.

                Plaintiff,

v.

                Case No.: 1:23−cv−06804
Honorable Joan B. Gottschall

Blue Door Painting and Decorating, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 17, 2024:

    MINUTE entry before the Honorable Joan B. Gottschall: The parties' deadline [17] of 12/22/2023 to file a status report has come and gone, and nothing has been filed. The parties are directed to file a status report on or before 1/24/2024. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.